IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY MCMICHAEL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-00281-CV-W-DPR-SSA |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

### ORDER

Before the Court is Plaintiff's Application for Attorney Fees. (Doc. 13.) Pursuant to the EAJA, Plaintiff requests an award of attorney fees in the amount of $6,128.08. Defendant has no objection to the relief requested. (Doc. 15.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the requested amount is reasonable. Also, per Plaintiff's Affidavit, the award may be made payable to Kyle Sciolaro. (Doc. 13-2.)

It is therefore **ORDERED** that

1. The Application for Attorney Fees is **GRANTED**; and

2. An award of attorney fees in the amount of $6,128.08 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: November 7, 2024